IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KELSEY CHRISTINA BOLIN,<br>[DOB: 07-01-1984]<br><br>　　　　　　　Defendant. | No. 24-03127-01-CR-S-SRB<br><br>21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C)<br>NMT 20 Years Imprisonment<br>NMT $1,000,000 Fine<br>NLT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Beginning on an unknown date, but no later than on or about April 1, 2020, and continuing to on or about May 12, 2020, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **KELSEY CHRISTINA BOLIN**, knowingly and intentionally conspired, with other persons, known and unknown, to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　TERESA A. MOORE
　　　　　　　　　　　　　　　　　　United States Attorney

Dated: 1/8/2025
Springfield, Missouri

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Cameron A. Beaver
　　　　　　　　　　　　　　　　　　Assistant United States Attorney